UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**EDITH C. MAZZONE**, individually,

        **Plaintiff,**

v.

**P.S.B. SATELLITES, LTD. d/b/a HENRY ST ALE HOUSE,** a New York for Profit entity, and **62 HENRY ST LLC**, a New York for profit business entity,

        **Defendants.**
_____/

Case No. 1:16-cv-01929

## NOTICE OF SETTLEMENT AND MOTION FOR ADJOURNMENT OF CONFERENCE SSHCEDULE ON SEPTEMBER 7, 2016, AT 11:00 AM

    Plaintiff **EDITH C. MAZZONE**, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and all other applicable statutes, regulations, and legal authorities, as well as this Court's inherent authority, hereby provide move this honorable Court with the Notice of Settlement of all claims in their entirety. The Parties are presently finalizing their settlement agreement and preparing a joint motion submitting a consent decree for approval by this honorable Court.

    The Parties' intend on finalizing their settlement and related documents to this Court within forty-five (45) days of the filing of the instant notice.

    Respectfully submitted on September 6, 2016.

               **By: /s/ Tara Demetriades**
               Tara Demetriades, Esq.
               New York Bar No. 4158666

        **ADA Accessibility Associates**
        1076 Wolver Hollow Road
        Oyster Bay, New York 11771
        E: TDemetriades@Aol.com
        T: (516) 595-5009

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Notice of Settlement has been served via the Court's CM/ECF filing system upon all parties of record on September 6, 2016 .

        **By: /s/ Tara Demetriades**
        Tara Demetriades, Esq.
        New York Bar No. 4158666