UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDITH C. MAZZONE, individually,

    Plaintiff,

v.

P.S.B. SATELLITES, LTD. d/b/a
HENRY ST ALE HOUSE, a New
York for Profit entity, and 62
HENRY ST LLC, a New York for
profit business entity,

    Defendants.

_____/

Case No. 1:16-cv-01929

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 30 2017 ★

BROOKLYN OFFICE

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom committee has been appointed or conservatee and no person not a party has an interest in this subject matter of the action, that the above entitled action be dismissed *with prejudice*, without costs and attorney's fees to either party as against the other and that each party waives all rights of appeal with respect to such dismissal.

Respectfully submitted on August 29, 2017.

By: _____
Tara Demetriades, Esq.
Counsel for Plaintiff
New York Bar. No. 4158666
ADA Accessibility Associates
1076 Wolver Hollow Road
Oyster Bay, NY 11771
E: TDemetriades@Aol.com
T: (516) 595-5009

By: _____
By: Christopher L. Cornish, Esq.
Attorneys for Defendant(s)
150 Broadway, Suite 1600
New York, New York 10038
212-587-9690
clc@jeffreysamel.com

So Ordered.      8/29/17

s/Carol Bagley Amon